**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 20-13578-MDC |
| | ) | |
| CLIFTON G. JOSEPH and | ) | |
| BERNADETTE JOSEPH, | ) | |
| Debtors | ) | CHAPTER 13 |

**OBJECTION OF EXETER FINANCE, LLC**
**TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN**

Exeter Finance, LLC ("Exeter"), by and through its attorneys, Mester & Schwartz, P.C., files **Objection to Confirmation of Debtor's Proposed Chapter 13 Plan** and states:

1. On February 29, 2016, Debtor Clifton G. Joseph entered into a Retail Installment Sale Contract in the principal amount of $16,286.60 (the "Contract") that referred and related to the purchase of a 2010 BUICK Lacrosse Sedan 4D CXS, V.I.N. 1G4GE5EV6AF307538 (the "Motor Vehicle").

2. The interest rate under the Contract is 21.00% *per annum*.

3. Exeter is the assignee of the Contract.

4. To secure the Contract, Debtor granted a first lien on the Motor Vehicle in favor of Exeter.

5. On September 3, 2020, Debtors filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

6. On September 3, 2020, Debtors filed a Proposed Chapter 13 Plan (the "Plan").

7. The Chapter 13 Trustee has scheduled a Meeting of Creditors for October 14, 2020.

8. As of September 3, 2020, the total principal balance of Exeter's claim was $14,247.60 plus interest.

9. The Debtors failed to list Exeter as a creditor in their plan.

10. The Debtors list the vehicle on their Schedule E/F as an unsecured claim.

11. The Debtors have not listed the collateral as a surrender.

12. If it is the intention of the Debtors to surrender the vehicle, the Plan should reflect that treatment.

13. For the foregoing reasons, Exeter objects to confirmation of the Plan.

WHEREFORE **Exeter Finance, LLC,** respectfully requests this Honorable Court to deny confirmation of the Plan.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

BY: _____/s/ Jason Brett Schwartz_____
Jason Brett Schwartz, Esquire
P.A. I.D. #92009
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036
Attorney for
Exeter Finance, LLC

Dated: October 9, 2020