**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 20-13578-MDC |
| | : | |
| CLIFTON G. and BERNADETTE JOSEPH | : | Chapter 13 |
| | : | |
| Debtors | : | |

**COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE'S OBJECTION TO
<u>CONFIRMATION OF DEBTORS' SECOND AMENDED CHAPTER 13 PLAN</u>**

The Commonwealth of Pennsylvania, Department of Revenue, by and through its attorney, Attorney General Josh Shapiro, hereby objects to the confirmation of debtors' second amended Chapter 13 plan, pursuant to 11 U.S.C. §1324, and in support thereof states the following:

1. The Commonwealth of Pennsylvania, Department of Revenue is a secured creditor of the debtors in the amount of $29,687.79 for unpaid personal income taxes.

2. The Commonwealth of Pennsylvania, Department of Revenue is a priority tax creditor of the debtors in the amount of $1,360.20 for unpaid personal income taxes.

3. The Commonwealth of Pennsylvania, Department of Revenue is a general unsecured creditor of the debtors in the amount of $99.23 for unpaid personal income taxes.

4. The debtors' proposed second amended Chapter 13 plan is, however, objectionable.

5. Although debtors' second amended Chapter 13 plan provides for the payment in full of the debtors' secured and priority tax claims, debtors have still failed to file a Pennsylvania personal income tax return for the year 2019. Absent the filing of that return, the Commonwealth

of Pennsylvania, Department of Revenue cannot accurately assess its claims against the debtors. Likewise, without the filing of that return, neither the Commonwealth nor the Court can determine the feasibility of the debtors' plan. No plan should be confirmed until the debtors file all required state tax returns.

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue prays that this Court enter an order denying confirmation of debtors' second amended Chapter 13 plan.

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: January 11, 2021        BY:  /s/ *Denise A. Kuhn*
Denise A. Kuhn
Senior Deputy Attorney General
Attorney No. 46806
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2131
Email: dkuhn@attorneygeneral.gov